**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

STEFANIE FRANCIS,

    Plaintiff,

v.                                            Case No: 8:16-cv-951-T-30TBM

THE CHAMBERS MEDICAL GROUP, INC.,

    Defendant.

_____

## **ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #21). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees, costs and disbursements.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of December, 2016.

_(signature)_
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record